UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-cv-80002-ROSENBERG/REINHART

HOWARD COHAN,

 Plaintiff,

vs.

4595 FOOD MARKET CORP.,
d/b/a JOSEPH'S CLASSIC MARKET,

 Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

 Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, 4595 FOOD MARKET CORP., d/b/a JOSEPH'S CLASSIC MARKET ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: _____2/21/2020_____

| BY: _/s/ Jason S. Weiss_ | BY: _/s/ Justin C. Sorel_ |
|---|---|
| Jason S. Weiss | Justin C. Sorel |
| Jason@jswlawyer.com | Justin.Sorel@csklegal.com |
| Florida Bar No. 356890 | Florida Bar No. 0016256 |
| **WEISS LAW GROUP, P.A.** | **COLE, SCOTT & KISSANE, P.A.** |
| 5531 N. University Drive, Suite 103 | 222 Lakeview Avenue, Suite 120 |
| Coral Springs, FL 33067 | West Palm Beach, FL 33401 |
| Tel: (954) 573-2800 | Tel: (561) 383-9200 |
| Fax: (954) 573-2798 | Fax: (561) 683-8977 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |