UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-cv-80002-ROSENBERG/REINHART

HOWARD COHAN,

    Plaintiff,

vs.

4595 FOOD MARKET CORP.,
d/b/a JOSEPH'S CLASSIC MARKET,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, 4595 FOOD MARKET CORP., d/b/a JOSEPH'S CLASSIC MARKET ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

    BY: /s/ Jason S. Weiss
           Jason S. Weiss
           Jason@jswlawyer.com
           Florida Bar No. 356890
           **WEISS LAW GROUP, P.A.**
           5531 N. University Drive, Suite 103
           Coral Springs, FL 33067
           Tel: (954) 573-2800
           Fax: (954) 573-2798
           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

> BY: /s/ Jason S. Weiss
> Jason S. Weiss
> Jason@jswlawyer.com
> Florida Bar No. 356890