UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-CV-80002-ROSENBERG/REINHART

HOWARD COHAN,

   Plaintiff,

v.

DELRAY FOOD MARKET LLC d/b/a
JOSEPH'S CLASSIC MARKET,

   Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice at docket entry 17. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 5th day of March, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record